IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICHARD PATRICK,

                      Petitioner,

    v.

RICK RAEMISCH, Secretary of WI DOC,
MR. MARK K. HEISE, Bureau of Classification,
ALFONSO GRAHAM, Parole Board Chairperson,
STEVEN LANDREMAN, RCI's Parole Board
Member and DR. COLEMAN, RCI's Clinical Doctor,

                      Respondents.

ORDER

08-cv-98-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    Petitioner Richard Patrick, a prisoner at the Racine Correctional Institution in Sturtevant, Wisconsin, has submitted a proposed complaint. He requests leave to proceed in forma pauperis. A decision on the request will be delayed until petitioner pays an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Petitioner's initial partial payment cannot be calculated at this time because he has not submitted a trust fund account statement with his complaint.

    Petitioner's complaint was submitted on February 4, 2008. His trust fund account statement should cover the six-month period beginning approximately August 6, 2007 and

1

ending approximately February 4, 2008. Once petitioner has submitted the necessary statements, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under § 1915(e)(2).

ORDER

IT IS ORDERED that petitioner may have until March 7, 2008, in which to submit a trust fund account statement for the period beginning August 6, 2007 and ending February 4, 2008. If, by March 7, 2008, petitioner fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily and, in that case, the clerk of court is directed to close this file without prejudice to petitioner's filing his case at a later date.

Entered this 15th day of February, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge