# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

RICHARD PATRICK ,

      Petitioner,

v.

RICK RAEMISCH, Secretary of WI DOC,
MR. MARK K. HEISE, Bureau of Classification,
ALFONSO GRAHAM, Parole Board Chairperson,
STEVEN LANDREMAN, RCI's Parole Board
Member and DR. COLEMAN, RCI's Clinical Doctor,

      Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-098-bbc

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

**This case is dismissed against respondents.**

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ M. Hardin

by Deputy Clerk

_____4/29/08_____
Date